In the Matter of the Claim of OSCAR KEES, Respondent, against MICHAEL FLYNN MANUFACTURING Co., and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer and insurance carrier from award and decision of the State Industrial Board, made November 17, and noticed November 21, 1939, and from decision of the State Industrial Board affirming the previous award, made January 26, and noticed February 7, 1940, and from the decision dated March 15, 1940. Claimant was employed as a iron worker and was performing work on Ward's Island. In the course of his employment, chipping concrete, pieces of concrete flew into his eye. He threw his head backward and the back of his head struck against a metal strut, as the result of which he sustained a total loss of vision. The finding of the State Industrial Board that claimant's total loss of vision is due to the accidental injury is amply sustained by the weight of the evidence. The finding of the State Industrial Board and the award made should be affirmed. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of OLGA AANONSEN, Respondent, against JAKOBSON & PETERSON, INC., and (AMERICAN) LUMBERMENS MUTUAL CASUALTY COMPANY OF ILLINOIS, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award made for death benefits under the Workmen's Compensation Law in favor of the widow of one Steen Aanonsen, a deceased employee. The sole question is whether decedent died as a result of accidental injuries arising out of and in the course of his employment. He was a foreman painter, and on the day of his death was working on a pier. While so engaged he fell and struck his head on a propeller which was lying on the pier. Just before he fell someone asked him the whereabouts of another workman, and as he motioned with his hand he took a step backward and fell. The evidence is sufficient to support an inference that he stumbled, or lost his balance, and that his fall was accidental. There is also medical proof to sustain a finding that his fall and the consequent trauma to his head was the cause of death. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of WINIFRED SMITH, Respondent, against VAN DYKE TAXI COMPANY, Also Known as VAN DYKE TAXI & TRANSFER, INC., and NEW AMSTERDAM CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— An award for death benefits has been made in this case. The facts sufficiently appear from the statement in connection with an earlier appeal (257 App. Div. 1093, 1st case). Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.